| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | HADIYA K. DESHMUKH (328118) |
| 3 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 5 | 415/288-4534 (fax) |
|   | shawnw@rgrdlaw.com |
| 6 |      – and – |
|   | ERIC I. NIEHAUS (239023) |
| 7 | BRIAN E. COCHRAN (286202) |
|   | KENNETH P. DOLITSKY (345400) |
| 8 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101-8498 |
| 9 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 10 | ericn@rgrdlaw.com |
|   | bcochran@rgrdlaw.com |
| 11 | kdolitsky@rgrdlaw.com |
| 12 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK J. RABBITTE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.  3:23-cv-655 |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| SEQUOIA CAPITAL OPERATIONS, LLC, THOMA BRAVO, LP, and PARADIGM OPERATIONS LP, | ) ) ) ) | |
| Defendants. | ) ) | |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

*s/ Shawn A. Williams*
ATTORNEY OF RECORD FOR PLAINTIFF
PATRICK J. RABBITTE

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - 1 -