ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
       – and –
ERIC I. NIEHAUS (239023)
BRIAN E. COCHRAN (286202)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. RABBITTE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>SEQUOIA CAPITAL OPERATIONS, LLC, et al.,<br><br>     Defendants. | Case No. 3:23-cv-00655-JSC<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS |
| MARK GIRSHOVICH, on Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>SEQUOIA CAPITAL OPERATIONS, LLC, et al.,<br><br>     Defendants. | Case No. 3:23-cv-00945-JSC |

WHEREAS, on February 14, 2023, Plaintiff Patrick J. Rabbitte ("Rabbitte") filed a putative class action complaint in this District asserting violations of the California Unfair Competition Law, the California False Advertising Law, the California Corporations Code, and various common law causes of action against Sequoia Capital Operations, LLC, Thoma Bravo, LP and Paradigm Operations LP's ("Paradigm") (collectively, "Defendants") arising from the promotion, operation, and eventual collapse of the cryptocurrency trading platforms operated by West Realm Shires Services Inc. d/b/a FTX US and FTX Trading LTD. d/b/a FTX (collectively, the "FTX Entities"), No. 3:23-cv-00655-JSC (the "*Rabbitte* Action");

WHEREAS, on March 2, 2023, Plaintiff Mark Girshovich (together with Rabbitte, "Plaintiffs") (together with Defendants, the "Parties") filed a putative class action complaint in this District asserting substantially the same causes of action against the same Defendants on behalf of substantially the same putative class, No. 3:23-cv-00945-JSC (the "*Girshovich* Action");

WHEREAS, on March 15, 2023, the Court ordered the *Rabbitte* Action to be deemed related to the *Girshovich* Action, as well as other putative class actions in this District asserting claims against a different set of defendants in connection with the collapse of the FTX Entities, No. 3:23-cv-00945-JSC. *See* ECF 8 (the "Relation Order");

WHEREAS, the *Rabbitte* Action and the *Girshovich* Action involve common questions of law and fact, arise from a common nucleus of operative facts, and assert substantially the same causes of actions against the Defendants for the same alleged conduct on behalf of substantially the same putative class;

WHEREAS, the Parties have conferred and agree that consolidation of the *Rabbitte* Action and the *Girshovich* Action is appropriate under Federal Rule of Civil Procedure 42(a) ("Rule 42(a)") and will provide the most efficient path for litigating the actions and will avoid unnecessary costs and delay;

WHEREAS, all Defendants in the *Rabbitte* Action and the *Girshovich* Action have either been served or agreed to waive service;

WHEREAS, the Parties have conferred and agree that Plaintiffs should file a consolidated complaint and that Defendants' time to respond to the complaints filed in the *Rabbitte* Action and

the *Girshovich* Action should be extended until they have been consolidated and an operative consolidated complaint filed;

WHEREAS, Plaintiffs believe the appointment of interim class counsel is appropriate under Rule 23(g) of the Federal Rules of Civil Procedure ("Rule 23(g)") following consolidation for the efficient prosecution of the actions in light of the relevant factors under Rule 23(g), including the duplicative and overlapping nature of the *Rabbitte* Action and the *Girshovich* Action and the likelihood that other similar putative class actions may be filed in this District and elsewhere, and Defendants take no position on such appointment; and

WHEREAS, the Parties agree to the schedule set forth below for the filing of a consolidated complaint and the briefing of any motion(s) to dismiss.

NOW, THEREFORE, the Parties, by and through their undersigned counsel, jointly stipulate and agree, subject to the Court's approval, as follows:

1. Pursuant to Rule 42(a), the *Rabbitte* Action and the *Girshovich* Action are hereby consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FTX INVESTORS LITIGATION | Case No. 3:23-cv-00655-JSC |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | |

2. All putative class actions relating to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or a substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into No. 3:23-cv-00655-JSC (the "Consolidated Action"). The Court's consolidation order shall apply to every such action absent a Court order. A party objecting to such consolidation, or to any other provisions of the Court's consolidation order, must file an application for relief from the order within 30 days after the action is consolidated into the Consolidated Action;

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS - 3:23-cv-00655-JSC - 2 -
4855-8607-7014.v1

3. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or a substantially similar putative class, the clerk shall: (a) place a copy of this Order in the separate file for such action; (b) serve on plaintiff's counsel in the new case a copy of this Order; (c) direct that this Order be served upon defendants in the new case; and (d) make the appropriate entry in the master docket.

4. The file in No. 3:23-cv-00655-JSC shall constitute the master file for every action in the Consolidated Action. The Clerk shall administratively close the other cases. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

5. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed interim lead counsel ("Lead Counsel") for the Consolidated Action pursuant to Rule 23(g). Lead Counsel shall have authority to speak for Plaintiffs in the Consolidated Action and shall be the contact for all matters regarding the Consolidated Action, including pre-trial procedure, trial and settlement negotiations. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval and participation of Lead Counsel.

6. Defendants take no position with respect to the appointment of Lead Counsel, and reserve all rights with respect thereto, including with respect to the appointment of class counsel in connection with any motion for class certification in the Consolidated Action.

7. Defendants shall have no obligation to respond to the individual complaints filed in the *Rabbitte* Action or the *Girshovich* Action. Plaintiffs will file a consolidated complaint in the Consolidated Action within 60 days of the date of the Court's Order approving this Stipulation. Defendants will answer, move, or otherwise respond to the consolidated complaint within 120 days of the Court's Order approving this Stipulation; Plaintiffs will file opposing papers to any motion directed to such complaint within 60 days of the filing of any such motion; and Defendants will file reply papers in connection with any such motion within 30 days after that; and

8. This Stipulation is without waiver of or prejudice to any and all rights or defenses that the Parties have under law or in equity.

DATED: March 21, 2023

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>ERIC I. NIEHAUS<br>BRIAN E. COCHRAN<br>KENNETH P. DOLITSKY | THE MEHDI FIRM<br>AZRA MEHDI |
| s/ Eric I. Niehaus<br>ERIC I. NIEHAUS | s/ Azra Mehdi<br>AZRA MEHDI |
| 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) | 95 Third Street<br>2nd Floor No. 9122<br>San Francisco, CA 94103<br>Telephone: 415/905-8880 |

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>SHAWN A. WILLIAMS<br>HADIYA K. DESHMUKH<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax) | HERMAN JONES LLP<br>JOHN C. HERMAN<br>CANDACE SMITH<br>CONNELY DOIZÉ<br>3424 Peachtree Road, N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: 404/504-6500<br>404/504-6501 (fax) |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>STUART A. DAVIDSON<br>ANNY M. MARTIN<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax) | Attorneys for Plaintiff Mark Girshovich |

Attorneys for Plaintiff Patrick J Rabbitte

| | |
|---|---|
| CLEARY GOTTLIEB STEEN &<br>  HAMILTON LLP<br>JENNIFER KENNEDY PARK<br>JOSHUA WALDEN<br>YE EUN CHUN | KIRKLAND & ELLIS LLP<br>MARK EDWARD MCKANE, P.C.<br>ANNA TERTERYAN<br>STEPHEN M. SILVA |
|     s/ Jennifer Kennedy Park<br>JENNIFER KENNEDY PARK |     s/ Anna Terteryan<br>ANNA TERTERYAN |
| 1841 Page Mill Rd., Suite 250<br>Palo Alto, CA 94304<br>Telephone: 650/814-4100 | 555 California Street<br>San Francisco, CA 94104<br>Telephone: 415/439-1400<br>415/439-1500 (fax) |
| Attorneys for Defendant<br>Sequoia Capital Operations, LLC | Attorneys for Defendant Thoma Bravo, LP |

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
MARK R.S. FOSTER

    s/ Mark R.S. Foster
MARK R.S. FOSTER

525 University Avenue
Palo Alto, California 9430
Telephone: 650/470-4500
650/470-4570 (fax)

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
ALEXANDER C. DRYLEWSKI
(admitted *pro hac vice*)
One Manhattan West
New York, NY  10001
Telephone:  212/735-3000
212/735-2000 (fax)

Attorneys for Defendant
Paradigm Operations LP

* * *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____         _____
                                 THE HONORABLE JACQUELINE SCOTT CORLEY
                                 UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS - 3:23-cv-00655-JSC                                                                                     - 6 -
4855-8607-7014.v1