ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Attorneys for Plaintiff and Interim Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FTX INVESTORS SEQUOIA CAPITAL LITIGATION | Case No. 3:23-cv-00655-JSC |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF RELATED CASE |
| ALL ACTIONS. | [Pursuant to Civ. L.R. 3-12(a), duplicate original of this notice is being filed in the case listed below.] |
| PATRICK RABBITTE, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 4:23-cv-03953-DMR |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| K5 GLOBAL ADVISOR, LLC, et al., | |
| Defendants. | |

Pursuant to this Court's Order Granting Stipulation of Consolidation (ECF 43) and Civil Local Rule 3-12, Plaintiffs Patrick J. Rabbitte and Mark Girshovich ("Plaintiffs"), hereby file this Notice of Related Case regarding the case styled *Rabbitte v. K5 Global Advisor, LLC*, No. 4:23-cv-03953-DMR ("*K5 Global* case"), currently assigned to Magistrate Judge Donna M. Ryu. The *K5 Global* case was filed in this District on August 7, 2023, and relates to the same or substantially similar alleged wrongdoing against defendants Sequoia Capital Operations, LLC, Thoma Bravo, LP, and Paradigm Operations LP[1] on behalf of the same or substantially similar putative class.

DATED: August 16, 2023

ROBBINS GELLER RUDMAN & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN
PATTON L. JOHNSON
KENNETH P. DOLITSKY

s/ Eric I. Niehaus
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON (admitted *pro hac vice*)
ANNY M. MARTIN (admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff and Interim Class Counsel

[1] The *K5 Global* case also names as defendants K5 Global Advisor, LLC, SkyBridge Capital II, LLC, Multicoin Capital Management LLC, Tiger Global Management, LLC, Ribbit Management Company, LLC, and Altimeter Capital Management, LP, who are not named defendants in the underlying complaints that comprise the consolidated action.

HERMAN JONES LLP
JOHN C. HERMAN
CANDACE SMITH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com
csmith@hermanjones.com

Additional Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Eric I. Niehaus
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
Email: ericn@rgrdlaw.com

# Mailing Information for a Case 3:23-cv-00655-JSC Rabbitte v. Sequoia Capital Operations, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ye Eun Chun**
  chchun@cgsh.com
- **Brian Edward Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,wgravitt@rgrdlaw.com
- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,sdavidson@ecf.courtdrive.com,ppuerto@rgrdlaw.com,e_file_sd@rgrdlaw.com,amartin@rgrdlaw.com,creynolds@rgrdl
- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Kenneth P. Dolitsky**
  kdolitsky@rgrdlaw.com
- **Alexander C. Drylewski**
  alexander.drylewski@skadden.com
- **Mark R.S. Foster**
  mark.foster@skadden.com,mark-rs-foster-7528@ecf.pacerpro.com,thernandez@mofo.com
- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com,tdevries@rgrdlaw.com
- **Anny Marie Martin**
  amartin@rgrdlaw.com
- **Mark Edward McKane**
  mark.mckane@kirkland.com,kat.nguyen@kirkland.com,adrienne-levin-5018@ecf.pacerpro.com
- **Eric Ian Niehaus**
  ericn@rgrdlaw.com,WGravitt@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jennifer Kennedy Park**
  jkpark@cgsh.com,maofiling@cgsh.com
- **Stephen M. Silva**
  stephen.silva@kirkland.com
- **Anna Terteryan**
  anna.terteryan@kirkland.com,jessie.james@kirkland.com,sarah.farley@kirkland.com
- **Joshua Walden**
  jwalden@cgsh.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 4:23-cv-03953-DMR Rabbitte et al v. K5 Global Advisor, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Girshovich**
  azram@themehdifirm.com
- **Eric Ian Niehaus**
  ericn@rgrdlaw.com,ppuerto@rgrdlaw.com,PJohnson@rgrdlaw.com,WGravitt@rgrdlaw.com,e_file_sd@rgrdlaw.com,TerreeD@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)